# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LARRY WAYNE BODILY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-01054-KOB-SGC |
| ) | |
| SCOTT LLOYD, District Attorney, et al., ) ) ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 6, 2020, recommending that the court dismiss this action without prejudice pursuant to 28 U.S.C. §§ 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 19). The magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days. (*Id.*). That time has expired, and the court has received no objections from the plaintiff.

The court, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, ADOPTS the magistrate judge's report and ACCEPTS her recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the court finds that this action should be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 31th day of July, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE